AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-00495-RGK-JC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Dirk Steenekamp
was received by me on *(date)*  July 31, 2019   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Samantha Kelly Steenekamp (wife) at 7:54 p.m., a person of suitable age and discretion who resides there,
on *(date)* 7/31/2019, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 7/31/2019

_____
Server's signature

Allen Brooks   NC PI # 121598 / Process Server
Printed name and title

2618 Battleground Ave Suite #115
Greensboro NC 27408
Server's address

Additional information regarding attempted service, etc:


Documents served: Summons, Complaint, and D.E. 45, Order Setting Scheduling Conference