# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-00495-RGK-JC | Date | September 16, 2019 |
|---|---|---|---|
| Title | *Pahomova v. Maxim Inc.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause re Local Rule 7-3

On September 11, 2019, Plaintiff Marina Pahomova filed a motion for leave to file a first amended complaint ("Motion"). Two days later, Defendant Maxim Inc. ("Maxim") filed an objection and asked the Court to strike the Motion. Maxim contends that Plaintiff's counsel failed to comply with Local Rule 7-3 before filing the Motion because Plaintiff's counsel did not confer with all opposing parties, including Maxim, before filing. Moreover, in Plaintiff's notice of motion, Plaintiff's counsel asserts that the Motion was "made following the conference of counsel pursuant to L.R. 7-3 which took place on September 9, 2019." (Notice Mot. Leave File First Am. Compl. 2, ECF No. 64.)

Local Rule 7-3 requires "counsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution. The conference shall take place at least seven (7) days prior to the filing of the motion." Based on the information currently before the Court, it seems that Plaintiff failed to comply with Local Rule 7-3 when filing the Motion. Such failure is grounds for the Court to strike the Motion.

Accordingly, the Court **ORDERS** Plaintiff to show cause why the Court should not strike Plaintiff's Motion due to Plaintiff's apparent failure to comply with Local Rule 7-3. Plaintiff's response shall be filed no later than **September 19, 2019** and include documentation that supports counsel's assertion that the Motion was made in compliance with Local Rule 7-3.

**IT IS SO ORDERED.**

: 

Initials of Preparer