AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

## Central District of California

| | |
|---|---|
| MAXIM, INC.,<br><br>Cross-Complainant,<br><br>_Plaintiff(s)_<br>v.<br>DIRK STEENEKAMP, an individual;<br>BRIAN B. HAYES, an individual; NICOLE BOGART, an individual;<br><br>(see attached for additional parties)<br>_Defendant(s)_ | Civil Action No. 2:19-cv-000495 RGK (JCx) |

**SUMMONS IN A CIVIL ACTION** ON CROSSCLAIM

To: _(Defendant's name and address)_ DIRK STEENEKAMP, 5144 Berkeley Park Ct, Charlotte, NC 28277

UNTAPPED WORLD PUBLISHING, LTD, 1st FL Rosewood House, Ballywoods Office Park, 33 Ballyclare Drive, Bryanston, Johannesburg, South Africa, 2021

DHS MEDIA GROUP, First Floor Block 6, Fourways Office Park Cnr Roos Street & Fourways Boulevard, Johannesburg, South Africa 2191

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Castro
KRESS CASTRO LAW
1010 Ocean Drive
Hermosa Beach, California 90254

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry Gray
_CLERK OF COURT_

Date: October 15, 2019

/s/ _Jennylam_
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-000495

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT TO SUMMONS

*Additional Cross-Defendants listed from Caption (Continued from First Page):*

UNTAPPED WORLD PUBLISHING (PTY), LTD,
a business entity of unknown form;

DHS MEDIA GROUP, a business entity of unknown form;

SWIMWEAR NETWORK INTERNATIONAL, LLC, a Florida limited liability company;

917PR, a business entity of unknown form;

and DOES 1-15, inclusive,

       Cross-Defendants.