Kelly Kress Castro (State Bar No. 246368)
**KRESS CASTRO LAW**
1010 Ocean Drive
Hermosa Beach, CA 90254
Telephone: (310) 704-8677
Email: kresscastrolaw@gmail.com

Attorneys for Defendant
& Cross-Complainant
MAXIM, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MARINA PAHOMOVA,

Plaintiff,

v.

MAXIM, INC., *et al.*

Defendants.

AND RELATED COUNTERCLAIM AND RELATED CROSS-CLAIM.

Case No. 2:19-cv-00495-RGK (JCx)

Assigned to Hon. R. Gary Klausner, Courtroom 850

**DEFENDANT AND CROSS-COMPLAINANT MAXIM, INC.'S PROOF OF SERVICE OF SUMMONS & CROSS-COMPLAINT ON:**

**(1) DIRK STEENEKAMP;**
**(2) DHS MEDIA GROUP; &**
**(3) UNTAPPED WORLD PUBLISHING LTD**

Pursuant to Federal Rule of Civil Procedure 4(l)(1) and attached as **Exhibit A** hereto, Defendant and Cross-Complainant MAXIM, INC. hereby submits its proof of service of Summons and Cross-Complaint on the following individuals or entities named as Cross-Defendants in Maxim, Inc.'s Cross-Complaint for (1) Contractual Indemnification; (2) Equitable Indemnity & Contribution:

(1) DIRK STEENEKAMP;

(2) DHS MEDIA GROUP; and

(3) UNTAPPED WORLD PUBLISHING LTD.

DATED: November 14, 2019

**KRESS CASTRO LAW**

*/s/ Kelly Kress Castro*
Kelly Kress Castro
Attorney for Defendant and Cross-Complainant MAXIM, INC.

# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-000495

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Dirk Steenekamp, untapped World DHS Media Group, Publishing LTD
was received by me on *(date)* 10-30-2019 .

☒ I personally served the summons on the individual at *(place)* REDACTED HOME ADDRESS on *(date)* 10-30-2019 ; or at 6:05 p.m

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________, a person of suitable age and discretion who resides there, on *(date)* ________, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ________, who is designated by law to accept service of process on behalf of *(name of organization)* ________ on *(date)* ________ ; or

❒ I returned the summons unexecuted because ________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-30-2019

[signature]
*Server's signature*

Allen C Brooks NC PI# 121598
*Printed name and title*

2618 Battleground Ave Suite A# 115 Greensboro NC 27408
*Server's address*

Additional information regarding attempted service, etc: