**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARINA PAHOMOVA,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM, INC., *et al.*<br><br>Defendants.<br><br>And Related Cross/Counter-Actions. | Case No. 2:19-cv-00495-RGK (JCx)<br><br>Assigned to Hon. R. Gary Klausner, Courtroom 850<br><br>**STIPULATION BY PLAINTIFF/ COUNTER-DEFENDANT MARINA PAHOMOVA; DEFENDANTS/CROSS-DEFENDANTS DIRK STEENEKAMP, AND HIS RELATED ENTITIES, UNTAPPED WORLD PUBLISHING (PTY), LTD. AND DHS MEDIA GROUP; AND DEFENDANT MAXIM, INC., TO REQUEST THE COURT TO RETAIN JURISDICTION OVER JANUARY 7, 2020 SETTLEMENT AGREEMENT** |

1. WHEREAS, Plaintiff / Counter-Defendant Marina Pahomova, a/k/a Marina Pamo, filed her Complaint on January 22, 2019 (D.E. 1);

2. WHEREAS, the parties have engaged in meaningful settlement negotiations which has resulted in a settlement of all claims by and between Plaintiff/Counter-Defendant Marina Pahomova, a/k/a Marina Pamo, Defendant/Cross-Defendants Dirk Steenekamp, and his related entities, Untapped World Publishing (Pty), Ltd. and DHS Media Group, and Defendant Maxim, Inc. hereafter, the "Settling Parties.")

3. WHEREAS, the claims by and against Plaintiff/Counter-Defendant Marina Pahomova, and Defendants/Counter-Complainants Brian Hayes and Nicole Bogart, currently remain pending in this action.

4. WHEREAS, the Settling Parties have negotiated a Settlement with ongoing obligations to be completed within 12-18 months of execution of this Agreement.

5. WHEREAS, the Settling Parties do not anticipate needing any involvement of the Court in executing the terms of the Settlement Agreement. However, should a dispute arise over the enforcement of the obligations under the Settlement Agreement, the Settling Parties respectfully request that the Court agree to retain jurisdiction to enforce the Settlement Agreement pursuant to Cal. Code Civil Procedure section 664.6; see *Mesa RHF Partners, L.P. v. City of Los Angeles* (2019) 33 Cal. App. 5th 913, 918 ("In this case, the parties could have easily invoked section 664.6 by filing a stipulation and proposed order either attaching a copy of the settlement agreement and requesting that the trial court retain jurisdiction under section 664.6, or a stipulation and proposed order signed by the parties noting the settlement and requesting that the trial court retain jurisdiction under section 664.6.)

THEREFORE, PENDING THIS COURT'S APPROVAL OF THIS STIPULATION, the Court shall retain jurisdiction to enforce the Settlement Agreement dated January 7, 2020.

IT IS SO STIPULATED.

DATED: January 6, 2020        Respectfully submitted,

_____
Plaintiff
MARINA PAHOMOVA

DATED: January 6, 2020        Respectfully submitted,

_____
Defendant/Cross-Complainant
MAXIM, INC.

DATED: January 7, 2020        Respectfully submitted,

_____
Defendant/Cross-Defendant
DIRK STEENEKAMP

DATED: January 7, 2020        Respectfully submitted,

_____
Defendant/Cross-Defendant
UNTAPPED WORLD PUBLISHING (PTY), LTD.

DATED: January 7, 2020        Respectfully submitted,

_____
Defendant/Cross-Defendant
DHS MEDIA GROUP