**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARINA PAHOMOVA,<br><br>     Plaintiff,<br><br>     v.<br><br>MAXIM, INC., *et al.*<br><br>     Defendants.<br><br>And Related Cross/Counter-Actions. | Case No. 2:19-cv-00495-RGK (JCx)<br><br>Assigned to Hon. R. Gary Klausner, Courtroom 850<br><br>**[PROPOSED] ORDER GRANTING STIPULATION BY PLAINTIFF/COUNTER-DEFENDANT MARINA PAHOMOVA; DEFENDANTS/ CROSS-DEFENDANTS DIRK STEENEKAMP, AND HIS RELATED ENTITIES UNTAPPED WORLD PUBLISHING (PTY), LTD. AND DHS MEDIA GROUP; AND DEFENDANT MAXIM, INC., TO REQUEST THE COURT TO RETAIN JURISDICTION OVER JANUARY 7, 2020 SETTLEMENT AGREEMENT** |

1        The Stipulation filed January 28, 2020 by Plaintiff/Counter-Defendant Marina Pahomova, a/k/a Marina Pamo; Defendant/Cross-Defendants Dirk Steenekamp, and his related entities, Untapped World Publishing (Pty), Ltd. and DHS Media Group; and Defendant Maxim, Inc. filed January 28, 2020, requesting this Court to retain jurisdiction to enforce the parties' Settlement Agreement dated January 7, 2020, is hereby approved. This Court shall retain jurisdiction to enforce the January 7, 2020 Settlement Agreement.

       IT IS SO ORDERED.

DATED: January ___, 2020

                                                         Hon. R. Gary Klausner
                                                         United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28