David S. Toy, Esq. (State Bar No. 168368)
SPAGNOLETTI LAW FIRM
401 Louisiana Street, 8th Floor
Houston, TX 77002
Telephone:   713 653 5600
Facsimile:   713 653 5656
Email:   dtoy@spaglaw.com

Attorney for Plaintiff/Counter-Defendant
Marina Pahomova

Kelly Kress Castro (State Bar No. 246368)
KRESS CASTRO LAW
1010 Ocean Drive
Hermosa Beach, California 90254
Tel: (310) 704-8677
Email: kresscastrolaw@gmail.com

Attorney for Defendant/Cross-Complainant
Maxim, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA PAHOMOVA, *Plaintiff*, v. MAXIM, INC., *et al. Defendants*. | Case No. 2:19-cv-00495-RGK-JC **JOINT STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE** [Fed. R. Civ. P. 41(a)(1)(ii); Filed concurrently with Stipulation to Retain Jurisdiction over the Settlement Agreement; [Proposed] Order |

WHEREAS, Plaintiff/Counter-Defendant Marina Pahomova ("Pahomova") has brought claims in this action against Defendant/Cross-Complainant Maxim, Inc. ("Maxim") and against Defendant Dirk Steenekamp, and his related entities, Untapped World Publishing (Pty), Ltd. And DHS Media Group ("Steenekamp");

WHEREAS, Maxim also has pending claims in this action against Steenekamp;

WHEREAS, Steenekamp has not appeared in this action;

WHEREAS, the claims by and against Pahomova and Defendants/Counter-Complainant Brian Hayes and Nicole Bogart, currently remain pending in this action;

WHEREAS, Pahomova, Maxim and Steenekamp have entered into a January 7, 2020 Settlement Agreement which contemplates the dismissal of all claims and causes of action brought between them, with prejudice;

THEREFORE, Pahomova and Maxim, through their respective attorneys of record, jointly request the Court to dismiss their claims against each other and against Steenekamp, with prejudice, with each party to bear its own costs and attorneys' fees;

FURTHERMORE, the Parties respectfully request the Court retain jurisdiction over any future proceedings arising from their settlement agreement, as contemplated in the Stipulation requesting the Court to Retain Jurisdiction which was filed on January 28, 2020 [D.E. 73], in connection with the filing of this Joint Stipulation for Partial Dismissal with prejudice.

DATED:   January 29, 2020    Respectfully submitted,

**SPAGNOLETTI LAW FIRM**

*/s/ David S. Toy*
David S. Toy
Attorney for Plaintiff and Counterclaim Defendant MARINA PAHOMOVA

DATED: January 29, 2020    Respectfully submitted,

**KRESS CASTRO LAW**

*/s/ Kelly Kress Castro*
Kelly Kress Castro
Attorney for Defendant and Cross-complainant MAXIM, INC.

**Attestation Pursuant to L.R. 5-4.3.4**

I, Kelly Kress Castro, pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Kelly Kress Castro*
Kelly Kress Castro
Attorney for Defendant and Cross-Complainant MAXIM, INC.