# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-00495-RGK-JC | Date | January 31, 2020 |
|---|---|---|---|
| Title | *Marina Pahomova v. Maxim Inc. et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: | |
| Not Present | | Not Present | |

**Proceedings:**      **(IN CHAMBERS) Order Re: Stipulation to Dismiss Four Parties With Prejudice (DE 74)**

On January 22, 2019, Plaintiff Marina Pahomova ("Pahomova") filed a Complaint against Defendants Maxim, Inc. ("Maxim"); Brian B. Hayes ("Hayes"); Nickie Bogart ("Bogart"); Dirk Steenekamp ("Steenekamp"); DHS Media Group ("DHS"); Untapped World Publishing, Ltd. ("World"); and Swimwear Network International, LLC ("Swimwear").

On March 5, 2019, Hayes and Bogart filed an Answer and Counterclaim in which Hayes asserted various counterclaims against Pahomova.[1]

On April 24, 2019, Maxim filed an Answer and Cross-Complaint, asserting two crossclaims against Hayes, Bogart, Steenekamp, DHS, World, Swimwear, and a new party to the action—917PR. Maxim then filed a Notice of Dismissal on May 24, 2019 which dismissed Maxim's crossclaims against Hayes, Bogart, Swimwear, and 917PR. At this point, Maxim asserted crossclaims against only Steenekamp, DHS, and World.

On January 28, 2020, Pahomova, Steneekamp, World, DHS, and Maxim (collectively, the "Settling Parties") filed a stipulation explaining that the Settling Parties had settled all claims between them and asking that the Court retain jurisdiction to enforce their settlement agreement. The following day, the Settling Parties filed a joint stipulation for partial dismissal with prejudice, asking that the Court dismiss their claims against each other with prejudice ("Stipulation to Dismiss").[2]

---

[1] Hayes and Bogart filed a First Amended Answer and Counterclaim on May 6, 2019.
[2] Steenekamp, World, and DHS have not appeared in this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-00495-RGK-JC | Date | January 31, 2020 |
|---|---|---|---|
| Title | *Marina Pahomova v. Maxim Inc. et al* | | |

Hayes and Bogart filed an objection to the Settling Parties' Stipulation to Dismiss. Hayes and Bogart make several procedural arguments as to why the Court should strike the Stipulation to Dismiss. The crux of their argument appears to be that the Court should not dismiss the *entire action* with prejudice because not all parties have stipulated to a dismissal.

Clearly, the Court will not dismiss the entire action when live claims remain against certain parties. However, the Court sees no reason not to grant the Stipulation to Dismiss. Accordingly, the Court **GRANTS** the Stipulation to Dismiss and **DISMISSES with prejudice** all claims between Pahomova, Maxim, Steenekamp, DHS, and World.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   _____
