# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA PAHOMOVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAXIM, INC., *et al.*<br><br>　　　　Defendants.<br><br>And Related Cross/Counter-Actions. | Case No. 2:19-cv-00495-RGK (JCx)<br><br>Assigned to Hon. R. Gary Klausner, Courtroom 850<br><br>[~~XXXXXX~~ PROPOSED] ORDER GRANTING STIPULATION BY PLAINTIFF/COUNTER-DEFENDANT MARINA PAHOMOVA; DEFENDANTS/ CROSS-DEFENDANTS DIRK STEENEKAMP, AND HIS RELATED ENTITIES UNTAPPED WORLD PUBLISHING (PTY), LTD. AND DHS MEDIA GROUP; AND DEFENDANT MAXIM, INC., TO REQUEST THE COURT TO RETAIN JURISDICTION OVER JANUARY 7, 2020 SETTLEMENT AGREEMENT |

1   The Stipulation filed January 28, 2020 by Plaintiff/Counter-Defendant Marina
2   Pahomova, a/k/a Marina Pamo; Defendant/Cross-Defendants Dirk Steenekamp, and
3   his related entities, Untapped World Publishing (Pty), Ltd. and DHS Media Group;
4   and Defendant Maxim, Inc. filed January 28, 2020, requesting this Court to retain
5   jurisdiction to enforce the parties' Settlement Agreement dated January 7, 2020, is
6   hereby approved.  This Court shall retain jurisdiction to enforce the January 7, 2020
7   Settlement Agreement.

8   IT IS SO ORDERED.

10   DATED: January 31, 2020

*signature: Gary Klausner*

Hon. R. Gary Klausner
United States District Judge