

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARINA PAHOMOVA, | ) | Case No. 2:19-cv-00495-RGK-JC |
| *Plaintiff*, | ) | |
| v. | ) | **[PROPOSED] ORDER APPROVING STIPULATION FOR DISMISSAL AND TO RETAIN JURISDICTION OVER SETTLEMENT AGREEMENT** |
| MAXIM, INC., *et al.* | ) | |
| *Defendants*. | ) | |

The Stipulation of Plaintiff and Counterclaim Defendant Marina Pahomova, Defendant and Counterclaimant Brian B. Hayes and Defendant Nicole Bogart, for dismissal pursuant to Fed. R. Civ. Proc. section 41(a)(1)(a)(ii) of all claims and causes of action, with prejudice, each party to bear its own costs and attorneys' fees, is hereby GRANTED.

The Court hereby retains jurisdiction over any future proceedings arising from their settlement agreement.

IT IS SO ORDERED.

DATED: \_\_April 1\_\_, 2020

/RGK/
R. Gary Klausner
United States District Judge